United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRACY S. SMITH,

Plaintiff,

v.

SANTA CLARA COUNTY,

Defendant.

Case No. 25-cv-02674-RFL

**ORDER**

Re: Dkt. No. 11

This action was filed as a habeas petition under 28 U.S.C. § 2254 for relief from state convictions. A review of the petition, however, showed that Petitioner wished to sue county jail officials for denying him a single cell, not providing sufficient law library access, and taking his electronic tablet. (Dkt. No. 1 at 6-8, 10-12.) On May 28, 2025, the case was dismissed without prejudice to Petitioner filing a civil rights action. (Dkt. No. 8 at 2.) Plaintiff recently filed a motion for a temporary restraining order. (Dkt. No. 11.)

Plaintiff seeks injunctive relief against the Federal Bureau of Investigation (FBI) and the Santa Clara County Probation Office. (Dkt. No. 11 at 1.) He requests that the Court stop the FBI from any and all spiritual trespassing raids on his home. (*Id.*) He also seeks the United Nations to recognize him as Jesus Christ. (*Id.*) These allegations do not relate to the petition in this closed habeas case. Also, the motion does not raise a serious question as to the merits, or a likelihood of success, because it does not describe a cognizable claim. The motion (Dkt. No. 11) is DENIED.

**IT IS SO ORDERED.**

Dated: 9/22/2026

RITA F. LIN
United States District Judge